**Order issued January 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas
)))))))))))))))))))))))))))))
No. 05-12-00868-CV
)))))))))))))))))))))))))))))

**DAN LOPEZ, Appellant**

**V.**

**RS CLARK & ASSOCIATES, INC., Appellee**

444444444444444444444444444444444444444444444444444444444444
**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-07834-A**
444444444444444444444444444444444444444444444444444444444444
# ORDER

Based on the Court's opinion of this date, we **GRANT** appellant's motion for review of the trial court's order requiring additional security to supersede final judgment and enjoining asset transfer to the extent the trial court's order required appellant to supersede the award of attorney's fees. We **REVERSE** the trial court's July 31, 2012 order enjoining appellant from transferring assets and requiring him to provide additional security to supersede the final judgment on appeal and deem appellant's existing cash deposit in lieu of supersedeas bond in the amount of $5,074.70 sufficient to supersede the trial court's judgment in this case.

　　　　　　　　　　　　　　_/Carolyn Wright/_
　　　　　　　　　　　　　　CAROLYN WRIGHT
　　　　　　　　　　　　　　CHIEF JUSTICE